IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al*., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 13 C 2049 |
| EVEN - TEMP, INCORPORATED, an Illinois corporation, | ) ) ) ) | JUDGE GARY FEINERMAN |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on June 12, 2013, request this Court enter judgment against Defendant, EVEN - TEMP, INCORPORATED, an Illinois corporation. In support of that Motion, Plaintiffs state:

1. On June 12, 2013, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for September 2012 through June 2013.

2. The Administrative Manager for Plaintiff Funds advised Plaintiffs' counsel on July 31, 2013 that Defendant submitted its fringe benefit contribution reports for the months of September 2012 through June 2013 indicating minimal hours worked. Pursuant to Defendant's collective bargaining agreement with Sheet Metal Workers' International Association, Local 265, Defendant is obligated to report and pay contributions on no less that 117 hours per month. (See Affidavit of Scott P. Wille).

3. Accordingly, Plaintiffs have calculated the amount of contributions due and owing from Defendant for the months of September 2012 through June 2013, based on 117 hours per month, to be $29,226.68.

4. Additionally, the amount of $2,922.67 is due for liquidated damages. (Wille Aff. Par. 5).

5. In addition, Plaintiffs' firm has expended $400.00 in costs and $1,921.00 in reasonable attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

6. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $34,470.35.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $34,470.35.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\265J\Even Temp\#24365\motion-judgment.cms.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>12th</u> day of <u>August 2013</u>:

        Mr. Steven A. Klem, Registered Agent
        Even - Temp, Incorporated
        134 N. LaSalle Street, Suite 1810
        Chicago, IL   60602-1154

        Mr. Anthony Pendola, President
        Even - Temp, Incorporated
        6304 Sondra Court
        Plainfield, IL   60586

        Mr. Anthony Pendola, President
        Even - Temp, Incorporated
        1081 Caton Farm Road, Unit E
        Lockport, IL   60441

        /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\265J\Even Temp\#24365\motion-judgment.cms.df.wpd